IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cr-00290-RBJ | Date: April 14, 2016 | |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Kara Spitler | |
| Interpreter: | N/A | Probation:  Michelle Means | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Rebecca S. Weber* |
| v. | |
| 4. MANUEL MAX VELASQUEZ<br>**Defendant** | *Michael G. Root* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:30 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

**ORDERED:**   Objection by the Government is **DENIED AS MOOT.**

[101] Government's Motion for Sentence Reduction Pursuant to U.S.S.G. §5K1.1 is **GRANTED IN PART.**

[111] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **18 months** as to Count One of the Indictment, to run consecutive to state sentences in case numbers 12CR2366, 13CR1310 and 14CR1275.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**   Joint and Several restitution in the amount of $32,015.43.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 9:01 a.m.          Hearing concluded.          Total time:      00:31